```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00494
    JOHN E JENNINGS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0536


-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 01/11/2007 and was confirmed 05/02/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 04/16/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00              .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   29761.75              .00        4346.23
COUNTRYWIDE HOME LENDING   NOTICE ONLY    NOT FILED              .00            .00
MIDFIRST BANK              CURRENT MORTG        .00              .00            .00
MIDFIRST BANK              MORTGAGE ARRE        .00              .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        22320.79              .00            .00
ILLINOIS DEPT OF HUMAN S   UNSECURED        1412.96              .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED          65.00              .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1014.34              .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED              .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED        1453.30              .00            .00
ECMC                       UNSECURED       18040.36              .00            .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED      NOT FILED              .00            .00
OPTION ONE MORTGAGE        NOTICE ONLY    NOT FILED              .00            .00
PEOPLES GAS & LIGHT        UNSECURED         929.84              .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        2882.08              .00            .00
INTERNAL REVENUE SERVICE   SECURED          6076.62              .00        6076.62
INTERNAL REVENUE SERVICE   UNSECURED       33420.39              .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         243.67              .00            .00
JACKSON                    NOTICE ONLY    NOT FILED              .00            .00
TRACEY LEE                 NOTICE ONLY    NOT FILED              .00            .00
WILSON                     NOTICE ONLY    NOT FILED              .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY         3455.83              .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED         381.12              .00            .00
MIDFIRST BANK              NOTICE ONLY    NOT FILED              .00            .00
ASPIRE                     UNSECURED        3604.35              .00            .00
DAMITA BUFFINGTON & ASSO   DEBTOR ATTY      1,324.00                         1,324.00
TOM VAUGHN                 TRUSTEE                                             817.15
DEBTOR REFUND              REFUND                                                 .00

    Summary of Receipts and Disbursements:
```

PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 00494 JOHN E JENNINGS

```
--------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    12,564.00

PRIORITY                                               .00
SECURED                                          10,422.85
UNSECURED                                              .00
ADMINISTRATIVE                                    1,324.00
TRUSTEE COMPENSATION                                817.15
DEBTOR REFUND                                          .00
                         ---------------     ---------------
TOTALS                     12,564.00            12,564.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 07/22/08       _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE